ORIGINAL

MARK J. BENNETT            2672
Attorney General of Hawai`i

CINDY S. INOUYE            3968
CARON M. INAGAKI           3835
Deputy Attorneys General
Department of the Attorney
  General, State of Hawai`i
425 Queen Street
Honolulu, Hawai`i 96813
Telephone: (808) 586-1494
Facsimile: (808) 586-1369
E-Mail: Caron.M.Inagaki@hawaii.gov

Attorneys for Defendant
NANCY MURPHY

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 15 2006

at 8 o'clock and 15 min A M
SUE BEITIA, CLERK

LODGED

FEB 02 2006

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| WILLIAM ROBERT FIELDER, | CIVIL NO. 01-00608 MEA/LEK |
|---|---|
| Plaintiff, | STIPULATED BILL OF COSTS AND ORDER; EXHIBIT "A" |
| vs. | Trial: November 15, 2004 |
| NANCY MURPHY, | Judge: Honorable Marvin E. Aspen |
| Defendant. | |

STIPULATED BILL OF COSTS

Plaintiff William Robert Fielder and Defendant Nancy Murphy ("Murphy") hereby stipulate to Plaintiff's Bill of Costs pursuant to Local Rule 54.2(c) in the total amount of $2,129.89 for the costs as itemized in Exhibit "A," attached hereto.

176382_1.DOC



DATED: Honolulu, Hawaii, February 2, 2006.

_____
JACK SCHWEIGERT
RORY SOARES TOOMEY

Attorneys for Plaintiff
William Robert Fielder

_____
CARON M. INAGAKI
Deputy Attorney General

Attorney for Defendant
Nancy Murphy

APPROVED AND SO ORDERED:

_____
JUDGE OF THE ABOVE-ENTITLED COURT

176382_1.DOC

2