## ITEMIZATION OF STIPULATED COSTS

### Fees of Clerk

| | | | |
|---|---|---|---|
| 09/14/01 | Complaint filing fee | $ 150.00 | |
| 09/17/01 | Verification of Complaint | 7.00 | |
| | | $ 157.00………. | $ 157.00 |

### Fees of Court Reporter/Transcripts

| | | | |
|---|---|---|---|
| 11/15/04 | Court Reporter Platt | $ 875.93 | |
| 12/15/04 | Court Reporter Platt | $ 134.06 | |
| 01/30/05 | Court Reporter Chun | $  74.48 | |
| | | $1,084.47………. | $1,084.47 |

### Fees for Witnesses

| | | | |
|---|---|---|---|
| 11/15/04 | O'Donnell | $   45.00……… | $   45.00 |

### Fees for Exemplification and Copies

| | | | |
|---|---|---|---|
| 04/03/02 | Kinko's | $ 179.69 | |
| 09/25/03 | Kinko's | $ 241.00 | |
| 10/17/03 | R.M. Towill | $ 156.25 | |
| 03/30/04 | Professional Image | $  23.75 | |
| 11/03/04 | Kinko's | $  20.88 | |
| 11/06/04 | Fisher Hawai'i | $  20.17 | |
| 11/11/04 | Fisher Hawai'i | $  76.99 | |
| 11/11/04 | Professional Image | $ 124.69 | |
| | | $ 843.42……… | $  843.42 |

**TOTAL COSTS** ……………………………………………… **$2,129.89**

**EXHIBIT "A"**

176382_1.DOC