MARK J. BENNETT          2672
Attorney General of Hawaii

CARON M. INAGAKI         3835
Deputy Attorneys General
Department of the Attorney
  General, State of Hawaii
425 Queen Street
Honolulu, Hawaii 96813
Telephone: (808) 586-1494
Facsimile: (808) 586-1369
E-mail: Caron.M.Inagaki@hawaii.gov.

Attorneys for Defendant
NANCY MURPHY

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 2 1 2006

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| WILLIAM ROBERT FIELDER,<br><br>          Plaintiff,<br><br>     vs.<br><br>NANCY MURPHY, individually,<br><br>          Defendant. | CIVIL NO. 01-00608 DAE/LEK<br><br>SATISFACTION OF JUDGMENT |

SATISFACTION OF JUDGMENT

Plaintiff, above named, by and through his attorneys of record, hereby acknowledges full satisfaction of the Judgment dated April 11, 2005 and entered in his favor on April 11, 2005.

DATED: Honolulu, Hawaii, _June 20_, 2006.

JACK SCHWEIGERT, ESQ.
RORY SOARES TOOMEY, ESQ.
Attorneys for Plaintiff

195361_1.DOC