ORIGINAL

MARK J. BENNETT                    2672
Attorney General of Hawaii

CARON M. INAGAKI                   3835
Deputy Attorneys General
Department of the Attorney
  General, State of Hawaii
425 Queen Street
Honolulu, Hawaii 96813
Telephone: (808) 586-1494
Facsimile: (808) 586-1369
E-mail:  Caron.M.Inagaki@hawaii.gov

Attorneys for Defendant
NANCY MURPHY

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 27 2006

at 9 o'clock and 30 min. A M
SUE BEITIA, CLERK

LODGED
JUN 21 2006
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| WILLIAM ROBERT FIELDER, | ) | CIVIL NO. 01-00608 DAE/LEK |
| | ) | |
| Plaintiff, | ) | STIPULATION TO DISMISS WITH |
| | ) | PREJUDICE ALL CLAIMS AND |
| vs. | ) | PARTIES |
| | ) | |
| NANCY MURPHY, individually, | ) | |
| | ) | |
| Defendant. | ) | |

STIPULATION TO DISMISS WITH PREJUDICE ALL CLAIMS AND PARTIES

IT IS HEREBY STIPULATED AND AGREED by and between the parties to this action, through their respective attorneys, that pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff's Complaint filed against Defendant Nancy

Murphy be and is herby dismissed with prejudice.

There are no remaining parties and/or issues. This stipulation is signed by all parties in this action.

DATED: Honolulu, Hawaii, June 21, 2006.

_____
CARON M. INAGAKI
Deputy Attorney General

Attorney for Defendant
NANCY MURPHY


DATED: Honolulu, Hawaii, June 20, 2006.

_____
JACK SCHWEIGERT, ESQ.
RORY SOARES TOOMEY, ESQ.

Attorneys for Plaintiff
WILLIAM ROBERT FIELDER


APPROVED AND SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE


William Robert Fielder v. Nancy Murphy, Civil No. 01-00608 DAE/LEK, Stipulation to Dismiss With Prejudice All Claims and Parties

195377_1.DOC                           2